IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02035-REB-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff(s),

v.

THE VAIL CORPORATION,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's Unopposed Motion to Correct Caption [Docket No. 12, Filed November 21, 2007] (the "motion").

    IT IS HEREBY **ORDERED** that the motion is **GRANTED**. The caption in this case shall be corrected to name THE VAIL CORPORATION only as a party Defendant.

    Dated:    November 23, 2007