IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02035-REB-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

LISA MARIE CORNWELL, f/k/a Lisa Marie Ansell,

    Plaintiff-Intervenor,

v.

THE VAIL CORPORATION,

    Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Unopposed Motion for Leave to Intervene as Party Plaintiff by Applicant Lisa Marie Cornwell (f/k/a Lisa Marie Ansell) [Docket No. 16; Filed December 3, 2007] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The caption in this case shall be amended to add Lisa Marie Cornwell as a Plaintiff-Intervenor. The Clerk is instructed to accept Plaintiff-Intervenor Cornwell's Complaint in Intervention [Docket No. 16-2] for filing as of the date of this Order.

Dated:    December 7, 2007