IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02035-REB-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

LISA MARIE CORNWELL, f/k/a Lisa Marie Ansell,

    Plaintiff-Intervenor,

v.

THE VAIL CORPORATION,

    Defendant.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion for Modification of Scheduling Order** [Docket No. 71; Filed August 29, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order entered on January 16, 2008 [Docket No. 29], as modified on August 11, 2008 [Docket No. 65], is amended as follows:

| | |
|---|---|
| • Deadline for Conducting Depositions | **October 14, 2008** |
| • Deadline for Completing Written Discovery | **November 13, 2008** |
| • Dispositive Motions Deadline | **November 24, 2008** |

    IT IS FURTHER **ORDERED** that the deadline for propounding written discovery, <u>including requests for admission</u>, is **October 14, 2008**.

Dated:       September 2, 2008