# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kristen L. Mix

| | |
|---|---|
| **Civil Action No.: 07-cv-02035-REB-KLM** | FTR - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| **Date: October 20, 2008** | Courtroom Deputy, Kathleen Finney |

_____

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Rita Byrnes Kittle |
| **Plaintiff(s),** | |
| and | |
| LISA MARIE CORNWELL, f/k/a LISA MARIE ANSELL, | Laurie S. Paddock |
| **Intervenor(s),** | |
| v. | |
| VAIL RESORTS, INC. and THE VAIL CORPORATION, | Charles W. Weese, III |
| | Colin L. Barnacle |
| **Defendant(s).** | |

_____

## COURTROOM   MINUTES / MINUTE ORDER
_____

**HEARING:   MOTIONS HEARING**
**Court in Session: 8:04 a.m.**
Court calls case.   Appearance of counsel.

This Motions Hearing is called to discuss discovery Motions [Docket Nos. 88, 93, 99, 101, 102, 103, 104, and 109].

**It is ORDERED:**     Defendant's Motion to Compel Intervenor's Deposition and to Extend Deposition Deadline for Limited Purpose [Docket No. 88, filed 10/08/08] is **granted.**  The remaining portion of the deposition of Lisa Cornwell is limited to two (2) hours, to be conducted on a mutually convenient date and time. Ms. Cornwell is directed to appear **in person**, in Keystone, Colorado. The purpose of this deposition is to ask questions concerning the late

produced documents. Counsel should call Magistrate Judge Kristen L. Mix if disputes arise.

**It is ORDERED:** Plaintiff's Motion for Protective Order Regarding Deposition of Heather Corcoran by [Docket No. 93 , filed 10/09/08] is **denied as moot.**

**It is ORDERED:** Defendant's Motion for Protective Order to Prohibit the Continuance of Richard Nell's Deposition or, in the Alternative, to Limit Scope of Richard Nell Deposition [Docket No. 99, filed 10/14/08] is **denied.**

**It is ORDERED:** Defendant's Motion to Extend Deposition Deadline for Limited Purpose of Taking Heather Corcoran's Deposition and Continuing Glenn Parker's Deposition [Docket No. 101, filed 10/14/08], **granted in part, denied in part.** It is **granted** as to Corcoran's deposition, which shall be no more than seven (7) hours, at a mutually convenient date and time. It is **denied without prejudice** as to Parker's deposition, because that issue is not yet ripe.

**It is ORDERED:** Plaintiff's Motion to Modify the Scheduling Order as Necessary to Allow Discovery Regarding an Alleged Threat Against Intervenor [Docket No. 102, filed 10/14/08] is **granted.** The deposition of Mr. Kelley will be limited to two (2) hours, regarding the alleged threat against Plaintiff's life **only.** The deposition of Mr. Allen will be limited to two (2) hours, regarding the alleged threat against Plaintiff's life and whether he was present at the scene of the motorcycle accident **only.**

**It is ORDERED:** Plaintiff's Motion to Reopen the Deposition of Rick Garcia Regarding Late-Produced Records [Docket No. 103 , filed 10/14/08] is **granted.** The remaining portion of the deposition of Mr. Garcia will be limited to two (2) hours and thirty (30) minutes, at a mutually convenient date and time, regarding late produced records and subjects reasonably related thereto, **only.** The late-produced records consist of daily activity logs, schedules, and Mr. Nell's personnel records.

**It is ORDERED:** Plaintiff's Motion for Leave to Complete Depositions Beyond the Discovery Cutoff [Docket No. 104, filed 10/14/08] is **granted.**

**It is ORDERED:** Plaintiff shall respond to Defendant's Motion for Protective Order Quashing or Limiting the Scope of the Deposition of Defendant's Rule 30(b)(6) Representative **on or before November 7, 2008** [Docket No. 109, filed 10/15/08]. Defendant shall reply on or before **November 17, 2008**. The issues of interest to the Court are: (1) Can all agreed-upon topics be addressed in seven (7) hours? If not, which topics have priority and why? (2) Which "bystander witnesses" would be addressing the topics contained

                in the Rule 30(b)(6) notice and on which subjects would they testify?  (3) Which topics are duplicative of deposition testimony already provided?

**It is ORDERED:**    The Court *sua sponte* orders the following extensions of deadlines: DISCOVERY DEADLINE (as to depositions only) is extended to **December 15, 2008**.

                DISPOSITIVE MOTION DEADLINE is extended to **January 30, 2009.**

**It is ORDERED:**    The Final Pretrial Conference set for December 15, 2008 has been **vacated and reset to March 9, 2009 at 2:30 p.m.**

Final Pretrial Order is due **no later than five (5) days** before the Final Pretrial Conference.  (See the court's website **www.cod.uscourts.gov** for Instructions for Preparation and Submission). In accordance with FED.R.Civ.P. 16(d), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

Counsel and the parties must notify chambers (303-335-2770) at least **3 business days in advance** of any hearing requiring presentation of documentary evidence, so that the courtroom can be equipped with the appropriate electronic technology.

HEARING CONCLUDES.

**Court in recess: 9:22 a.m.**
Total In-Court Time:   01:18

To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.