IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02035-REB-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

LISA MARIE CORNWELL, f/k/a Lisa Marie Ansell,

    Plaintiff-Intervenor,

v.

THE VAIL CORPORATION,

    Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' joint request to extend the discovery deadline for purposes of completing the depositions of Robert Kelly, Martin Allen, Rich Nell, Rick Garcia, and Dottie Riotto, and conducting a Fed. R. Civ. P. 30(b)(6) deposition. Upon good cause shown,

    IT IS HEREBY **ORDERED** that the discovery deadline is extended to **February 20, 2009** for the limited purpose of completing the depositions of Kelly, Allen, Nell, and Garcia, Riotto, and conducting a Rule 30(b)(6) deposition. No extensions of the dispositive motions deadline or final pretrial conference date are permitted.

    This matter is also before the Court on **Defendants' <u>Unopposed</u> Motion for Withdrawal of Protective Order Regarding 30(b)(6) Deposition Noticed for January 16, 2009** [Docket No. 139; Filed January 12, 2009] (the "Motion").

    IT IS FURTHER **ORDERED** that the Motion is **GRANTED**. Defendant's Motion For Protective Order [Docket No. 135; Filed January 9, 2009] is deemed to be **WITHDRAWN**.

Dated:       January 13, 2009