**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-02035-REB-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

LISA MARIE CARNWELL, f/k/a LISA MARIE ANSELL,

    Plaintiff-Intervenor,

v.

VAIL RESORTS, INC.,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter comes before the court on the **Plaintiffs' Motion For Leave To File Joint Summary Judgment Response of Thirty (30) Pages** [#168], filed March 25, 2009. The motion is **DENIED** as moot. The court notes that plaintiff was able to file a response brief in compliance with this court's practice standards, therefore not needing the page extension.

    Dated: March 30, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.