IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-02035-REB-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

LISA MARIE CORNWELL, f/k/a Lisa Marie Ansell,

    Plaintiff-Intervenor,

v.

THE VAIL CORPORATION,

    Defendant.

_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX

    This matter is before the Court *sua sponte*.  The parties have reached a settlement which fully resolves the claims at issue in this case.  Accordingly,

    IT IS HEREBY **ORDERED** that the parties shall file a Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a) on or before **June 22, 2009**.

    IT IS FURTHER **ORDERED** that the Motion Hearing set for May 13, 2009 at 9:30 a.m. is **vacated**.

    IT IS FURTHER **ORDERED** that **Plaintiffs' Motion to Compel Response to Intervenor's Discovery** [Docket No. 162] and **EEOC's Motion to Compel Information Withheld Based on Improperly Asserted Privileges** [Docket No. 182] are **DENIED as moot**.

Dated:       April 23, 2009